P.O. Box 12308 Capitol Station; Austin, Texas 78711                 6-1-15

RE: VI. Ground Three-Right to Impartial Jury

&3,259-01

In my previous 11.07 that I filed, I misspelled the #6 Jury members name which is (Benjamin Parten) whom at the present time was a correctional officer at the Ellis County Detention center and knew details about my case and he still was chosen to be part of the jury selection to make a finding (verdict) on my case on 8-26-09, 8-27-09 and 8-28-09.

I spelled his name incorrectly in my previous 11.07 as Mr. Pruant and I was denied on the grounds that I didn't have (Benjamin Parten's) name spelled correctly, by the Ellis County courts.

I just ask upon the mercy of the courts to look closely into these facts that I'm stating due to me having the correct spelling right.

In conclusion, I truly apologize for the inconvenience to the courts.

Sincerely,
Ladaryl Kelly

X _____          1598295

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 08 2015

Abel Acosta, Clerk